ROGER J. SCHWARZ
Attorney at Law
555 Fifth Avenue-14th Floor
New York, New York 10017
Tel. 212-818-0909
Fax: 212-986-5316
e-mail: rogatlaw@earthlink.net

[CASE NOT IDENTIFIABLE VIA PACER OR ECF]

**FILED** D/F
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 24 2006 ★
BROOKLYN OFFICE

Honorable Allyne R. Ross
U.S. District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

February 22, 2006

*Application granted. Adjourned to 3/1/06 @ 11:00 am.*
*So ordered.*
s/Allyne R. Ross
2/23/06
cc: Counsel

Re: UNITED STATES v. CANNISTRACI; 05 Cr. 842(ARR)

Dear Judge Ross:

I am CJA counsel whom Your Honor appointed to advise the defendant, Joseph Davino, with respect to his rights, pursuant to *Curcio* and the Sixth Amendment, to conflict-free counsel.

The Court had set the matter down for a status conference on February 23, 2006 at 4:00 p.m.

I write to respectfully request that the proceedings be continued from tomorrow at 4:00 p.m. to Monday, Tuesday, or Wednesday of next week if any of these days are convenient to the Court.

The reason for this request is that my 93 year old mother recently passed away. I am the "only child" and for reasons that I could not anticipate last week, tomorrow is the only day that I will have prior to a memorial service this weekend, to meet with the Rabbi and to coordinate a number of other matters realted to the Service.

I have left a voicemail message for Assistant U.S. Attorney E. Scott Morvillo to obtain his consent, but we have not spoken. However, under the circumstances, I am quite confident that he would give his consent.

I appreciate the Court's consideration and understanding.

Respectfully yours,
ROGER J. SCHWARZ

cc: E. Scott Morvillo, Esq.
Assistant U.S. Attorney